# Appian

Appian Corporation
11955 Democracy Drive
Suite 1700
Reston, VA 20190

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 04/16/2018 |
| Period End Date | 04/30/2018 |
| Pay Date | 04/30/2018 |
| Document | 529168 |
| Net Pay | $5,327.45 |

## Pay Details

| | | | |
|---|---|---|---|
| Joseph Kozak | Employee Number | Pay Group  Exempt Employees | Federal Income Tax  S 3 |
| 723 Golf Vista Ct | SSN  XXX-XX-XXXX | Location  Remote GA | GA State Income Tax (Residence)  S 3 |
| Milton, GA 30004 | Job  VP Gibl Ptrs & Alliances | Department  2018 - Sales - Channels | GA State Income Tax (Work)  S 3 |
| USA | Pay Rate  $91.3427 | Role  SC2018 - Partners/SC | |
| | Pay Frequency  Semi-Monthly | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Commission | | | $3,600.00 | $23,758.17 |
| ER Benefit | 0.0000 | $0.0000 | $0.00 | $1,373.88 |
| Regular Pay | 86.6700 | $91.3427 | $7,916.67 | $63,333.36 |

Total Hours  86.6700

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan Repay | No | $220.51 | $1,764.08 | $0.00 | $0.00 |
| 401k Roth CU % | No | $1,727.50 | $13,063.73 | $0.00 | $0.00 |
| 401k Trad CU % | Yes | $100.04 | $11,436.27 | $0.00 | $0.00 |
| Accident | No | $17.79 | $142.32 | $0.00 | $0.00 |
| Child Life | No | $0.00 | $5.30 | $0.00 | $0.00 |
| Dental | Yes | $54.67 | $437.36 | $0.00 | $0.00 |
| HSA | Yes | $300.83 | $2,406.64 | $0.00 | $0.00 |
| Identity Theft | No | $6.98 | $27.92 | $0.00 | $0.00 |
| Identity Theft | No | $0.00 | $27.92 | $0.00 | $0.00 |
| Medical | Yes | $31.39 | $1,625.00 | $343.47 | $1,373.88 |
| Short Term Disa | No | $0.00 | $184.00 | $0.00 | $0.00 |
| Short Term Disa | No | $46.00 | $184.00 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $460.67 | $3,483.68 |
| Basic Accident | No | $0.00 | $0.00 | $0.24 | $0.96 |
| Basic Life | No | $0.00 | $0.00 | $0.83 | $3.32 |
| Long Term Disab | No | $0.00 | $0.00 | $12.67 | $50.68 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $2,206.46 | $14,036.75 |
| Employee Medicare | $161.38 | $1,217.95 |
| Social Security Employee Tax | $690.05 | $5,207.78 |
| GA State Income Tax | $625.62 | $4,064.28 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx7294 | Checking | $5,327.45 |
| Total | | $5,327.45 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $11,516.67 | $11,029.74 | $3,683.51 | $2,505.71 | $5,327.45 |
| YTD | $88,465.41 | $72,560.14 | $24,526.76 | $31,304.54 | $32,634.11 |

# Appian

Appian Corporation
11955 Democracy Drive
Suite 1700
Reston, VA 20190

Pay Statement
Period Start Date  05/01/2018
Period End Date  05/15/2018
Pay Date  05/15/2018
Document  529882
Net Pay  $4,815.60

## Pay Details

| | | | | |
|---|---|---|---|---|
| Joseph Kozak | Employee Number | | Pay Group  Exempt Employees | Federal Income Tax  S 3 |
| 723 Golf Vista Ct | SSN | XXX-XX-XXXX | Location  Remote GA | GA State Income Tax (Residence)  S 3 |
| Milton, GA 30004 | Job | VP Glbl Ptrs & Alliances | Department  2018 - Sales - Channels | GA State Income Tax (Work)  S 3 |
| USA | Pay Rate | $91.3427 | Group  201500 - Sales | |
| | Pay Frequency | Semi-Monthly | Role  VP2015 - VP / RVP | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Commission | 0.0000 | $0.0000 | $0.00 | $23,758.17 |
| ER Benefit | 0.0000 | $0.0000 | $0.00 | $1,373.88 |
| Regular Pay | 86.6700 | $91.3427 | $7,916.67 | $71,250.03 |

Total Hours  86.6700

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan Repay | No | $220.51 | $1,984.59 | $0.00 | $0.00 |
| 401k Roth CU % | No | $0.00 | $13,063.73 | $0.00 | $0.00 |
| 401k Trad CU % | Yes | $0.00 | $11,436.27 | $0.00 | $0.00 |
| Accident | No | $17.79 | $160.11 | $0.00 | $0.00 |
| Child Life | No | $0.00 | $5.30 | $0.00 | $0.00 |
| Dental | Yes | $54.67 | $492.03 | $0.00 | $0.00 |
| HSA | Yes | $300.83 | $2,707.47 | $0.00 | $0.00 |
| Identity Theft | No | $6.98 | $34.90 | $0.00 | $0.00 |
| Identity Theft | No | $0.00 | $27.92 | $0.00 | $0.00 |
| Medical | Yes | $31.39 | $1,656.39 | $343.47 | $1,717.35 |
| Short Term Disa | No | $46.00 | $230.00 | $0.00 | $0.00 |
| Short Term Disa | No | $0.00 | $184.00 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $0.00 | $3,483.68 |
| Basic Accident | No | $0.00 | $0.00 | $0.24 | $1.20 |
| Basic Life | No | $0.00 | $0.00 | $0.83 | $4.15 |
| Long Term Disab | No | $0.00 | $0.00 | $12.67 | $63.35 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $1,431.26 | $15,468.01 |
| Employee Medicare | $109.18 | $1,327.13 |
| Social Security Employee Tax | $466.84 | $5,674.62 |
| GA State Income Tax | $415.62 | $4,479.90 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx7294 | Checking | $4,815.60 |
| Total | | $4,815.60 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $7,916.67 | $7,529.78 | $2,422.90 | $678.17 | $4,815.60 |
| YTD | $96,382.08 | $80,089.92 | $26,949.66 | $31,982.71 | $37,449.71 |

# Appian

Appian Corporation
11955 Democracy Drive
Suite 1700
Reston, VA 20190

Pay Statement
Period Start Date  05/16/2018
Period End Date  05/31/2018
Pay Date  05/31/2018
Document  530597
Net Pay  $11,331.77

## Pay Details

| Joseph Kozak<br>723 Golf Vista Ct<br>Milton, GA 30004<br>USA | Employee Number<br>SSN XXX-XX-XXXX<br>Job VP Glbl Ptrs & Alliances<br>Pay Rate $91.3427<br>Pay Frequency Semi-Monthly | Pay Group Exempt Employees<br>Location Remote GA<br>Department 2018 - Sales - Channels<br>Group 201500 - Sales<br>Role VP2015 - VP / RVP | Federal Income Tax S 3<br>GA State Income Tax (Residence) S 3<br>GA State Income Tax (Work) S 3 |
|---|---|---|---|

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Commission | | | $10,159.95 | $33,918.12 |
| ER Benefit | 0.0000 | $0.0000 | $0.00 | $1,373.88 |
| Regular Pay | 86.6700 | $91.3427 | $7,916.67 | $79,166.70 |

Total Hours  86.6700

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan Repay | No | $220.51 | $2,205.10 | $0.00 | $0.00 |
| 401k Roth CU % | No | $0.00 | $13,063.73 | $0.00 | $0.00 |
| 401k Trad CU % | Yes | $0.00 | $11,436.27 | $0.00 | $0.00 |
| Accident | No | $17.79 | $177.90 | $0.00 | $0.00 |
| Child Life | No | $0.00 | $5.30 | $0.00 | $0.00 |
| Dental | Yes | $54.67 | $546.70 | $0.00 | $0.00 |
| HSA | Yes | $300.83 | $3,008.30 | $0.00 | $0.00 |
| Identity Theft | No | $6.98 | $41.88 | $0.00 | $0.00 |
| Identity Theft | No | $0.00 | $27.92 | $0.00 | $0.00 |
| Medical | Yes | $31.39 | $1,687.78 | $343.47 | $2,060.82 |
| Short Term Disa | No | $46.00 | $276.00 | $0.00 | $0.00 |
| Short Term Disa | No | $0.00 | $184.00 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $0.00 | $3,483.68 |
| Basic Accident | No | $0.00 | $0.00 | $0.24 | $1.44 |
| Basic Life | No | $0.00 | $0.00 | $0.83 | $4.98 |
| Long Term Disab | No | $0.00 | $0.00 | $12.67 | $76.02 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $3,688.19 | $19,156.20 |
| Employee Medicare | $256.50 | $1,583.63 |
| Social Security Employee Tax | $1,096.77 | $6,771.39 |
| GA State Income Tax | $1,025.22 | $5,505.12 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx7294 | Checking | $11,331.77 |
| Total | | $11,331.77 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $18,076.62 | $17,689.73 | $6,066.68 | $678.17 | $11,331.77 |
| YTD | $114,458.70 | $97,779.65 | $33,016.34 | $32,660.88 | $48,781.48 |

# Appian

**Appian Corporation**
11955 Democracy Drive
Suite 1700
Reston, VA 20190

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 06/01/2018 |
| Period End Date | 06/15/2018 |
| Pay Date | 06/15/2018 |
| Document | 531305 |
| Net Pay | $4,836.04 |

## Pay Details

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Joseph Kozak | Employee Number | | Pay Group | Exempt Employees | Federal Income Tax | | S 3 |
| 723 Golf Vista Ct | SSN | XXX-XX-XXXX | Location | Remote GA | GA State Income Tax (Residence) | | S 3 |
| Milton, GA 30004 | Job | VP Glbl Plrs & Alliances | Department | 2018 - Sales - Channels | GA State Income Tax (Work) | | S 3 |
| USA | Pay Rate | $91.3427 | Group | 201500 - Sales | | | |
| | Pay Frequency | Semi-Monthly | Role | VP2015 - VP / RVP | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Commission | 0.0000 | $0.0000 | $0.00 | $33,918.12 |
| ER Benefit | 0.0000 | $0.0000 | $0.00 | $1,373.88 |
| Regular Pay | 86.6700 | $91.3427 | $7,916.67 | $87,083.37 |

Total Hours 86.6700

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401k Loan Repay | No | $220.51 | $2,425.61 | $0.00 | $0.00 |
| 401k Roth CU % | No | $0.00 | $13,063.73 | $0.00 | $0.00 |
| 401k Trad CU % | Yes | $0.00 | $11,436.27 | $0.00 | $0.00 |
| Accident | No | $17.79 | $195.69 | $0.00 | $0.00 |
| Child Life | No | $0.00 | $5.30 | $0.00 | $0.00 |
| Dental | Yes | $57.62 | $604.32 | $1.42 | $1.42 |
| HSA | Yes | $300.83 | $3,309.13 | $0.00 | $0.00 |
| Identity Theft | No | $6.98 | $48.86 | $0.00 | $0.00 |
| Identity Theft | No | $0.00 | $27.92 | $0.00 | $0.00 |
| Medical | Yes | $0.00 | $1,687.78 | $377.82 | $2,438.64 |
| Short Term Disa | No | $0.00 | $184.00 | $0.00 | $0.00 |
| Short Term Disa | No | $41.00 | $317.00 | $0.00 | $0.00 |
| 401K Match | No | $0.00 | $0.00 | $0.00 | $3,483.68 |
| Basic Accident | No | $0.00 | $0.00 | $0.16 | $1.60 |
| Basic Life | No | $0.00 | $0.00 | $0.83 | $5.81 |
| Long Term Disab | No | $0.00 | $0.00 | $11.08 | $87.10 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $1,440.36 | $20,596.56 |
| Employee Medicare | $109.60 | $1,693.23 |
| Social Security Employee Tax | $468.61 | $7,240.00 |
| GA State Income Tax | $417.33 | $5,922.45 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx7294 | Checking | $4,836.04 |
| Total | | $4,836.04 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $7,916.67 | $7,558.22 | $2,435.90 | $644.73 | $4,836.04 |
| YTD | $122,375.37 | $105,337.87 | $35,452.24 | $33,305.61 | $53,617.52 |